STATE OF MISSOURI at the relation of TEXAS COUNTY, Appellant, v. C. W. WHITE *et al.*, Respondents.

St. Louis Court of Appeals, January 19, 1897.

Jurisdiction, Appellate: PROSECUTION TO USE OF COUNTY: APPEAL. The jurisdiction of an appeal in an action prosecuted to the use of a county vests in the supreme court.

*Appeal from the Texas Circuit Court.*—HON. C. C. BLAND, Judge.

TRANSFERRED TO SUPREME COURT.

BIGGS, J.—The transcript in this case fails to show to what court the appeal was granted. The record has been improperly sent here. The suit is prosecuted to the use of Texas county, which vests the jurisdiction of the appeal in the supreme court. It is therefore ordered that the clerk of this court transmit the record and papers, together with a copy of the order of transfer, to · the clerk of the supreme court, as provided by section 3300 of the statute. All the judges concur.